UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALRAJ MEHLA,<br>          Plaintiff,<br>   v.<br>USCIS, et al.,<br>          Defendants. | Case No. 23-cv-05244-DMR<br><br>**ORDER TO SHOW CAUSE RE SERVICE OF COMPLAINT** |

Plaintiff Balraj Mehla filed the complaint on October 13, 2023. It appears that the summons and complaint have not yet been served on Defendants. Pursuant to Federal Rule of Civil Procedure 4(m), the court must dismiss an action without prejudice if a defendant is not served within 90 days after the complaint is filed. Accordingly, Plaintiff is hereby ORDERED to show cause in writing by no later than January 29. 2024 why this action should not be dismissed without prejudice for failure to serve the summons and complaint on Defendants.

**IT IS SO ORDERED.**

Dated: January 22, 2024



_____
Donna M. Ryu
Chief Magistrate Judge